IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDON CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  2:13cv739-TMH |
| ) | (WO) |
| SGT. RICKY COLEMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 22, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 10) is adopted and that this case is dismissed without prejudice for the plaintiff's failure to respond as directed by the orders of the court and for his failure to prosecute this action.

Done this 10th day of March, 2014.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE