IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRENDON CURRY,             )
                                     )
      Plaintiff,          )
                                     )
v.                          )     CIV. ACT. NO.  2:13cv739-TMH
                                   )           (WO)
SGT. RICKY COLEMAN, *et al.*,   )
                                   )
      Defendants.     )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this 10th day of March, 2014.


                           /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE